IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD MATTHEWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-307-M |
| ) | |
| REBECCA TAMEZ, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 10, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241 challenging the execution of his sentence. The Magistrate Judge recommended that this case be transferred to the United States District Court for the Northern District of Texas for lack of jurisdiction over petitioner's custodian. Petitioner was advised of his right to object to the Report and Recommendation by April 30, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 10, 2008, and

(2) TRANSFERS for lack of jurisdiction the petition for a writ of habeas corpus to the United States District Court for the Northern District of Texas.

**IT IS SO ORDERED this 12th day of May, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE